■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM R. CALDERON, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.— Application for assignment of counsel to prosecute an appeal from the dismissal of a writ of habeas corpus. Application denied. Foster, P. J., Bergan, Gibson and Herlihy, JJ., concur.

■ In the Matter of JOHN I. JONES, as Director of Probation of Cortland County.— Application for an order permitting the Director of Probation of Cortland County to destroy certain records now on file in his office up to and including the year 1950. Application granted. The order to be entered herein should specify the items to be destroyed. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of JOSEPH PECENA, Appellant, against GLO PAINTING COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of EDNA POTTERTON, Appellant, against FITZGIBBONS BOILER CO., INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ CHARLES E. HARDIES, JR., Appellant, v. DOROTHEA J. COOPER, Respondent.— Motion to dismiss appeal granted, upon stipulation, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ CHARLES T. STEEL, Appellant, v. WILLIAM C. YOUNG et al., Respondents.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ WILBUR BLOOM, Appellant, v. LAUREN KISSELBURGH et al., Respondents.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of SOLOMAN ULANO, Appellant, against SCHENCK'S PARAMOUNT HOTEL et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ ETHEL P. RIVENBERG, Respondent, v. HENRY RIVENBERG, Appellant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ JACK KALMUS, Appellant, v. STATE OF NEW YORK, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of ISADORE W. STILLMAN, Petitioner, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Application for a stay. Application granted and stay given until the February 1959 Term of this court. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of CHARLES W. FRASER, Respondent. GEORGE CHAPMAN, Appellant; ISADOR LUBIN, as Industrial Commissioner, Respondent.— Application for leave to appellant to serve *nunc pro tunc* an amended notice of appeal on the claimant in this proceeding. Application granted, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ EVERITT M. SOPER, JR., Appellant, v. HENRY MARX et al., Respondents. — Motion to dismiss appeal denied, without prejudice, and without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of ANGEL M. GARCIA, Respondent, against AUGE CORPORATION, Appellant, and GEL-TON ASSOCIATES, INC., Doing Business